UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ALLAN JOY,** *Plaintiff* | § § § |
| v. | § § No. 1:25-CV-01804-ADA |
| **COMMISSIONER OF SOCIAL SECURITY,** *Defendant* | § § § § § |

### ORDER ON *IN FORMA PAUPERIS* STATUS

Before the Court is Plaintiff Allan Joy's application to proceed *in forma pauperis* and financial affidavit in support and complaint. *See* Dkt. 2. Also before the Court is Joy's pro se motion for permission to file electronically. Dkt. 3. The undersigned has reviewed Joy's financial affidavit and determined that he is indigent and should be granted leave to proceed *in forma pauperis*, without prepayment of fees.

Accordingly, the Court hereby **ORDERS** Joy's request to proceed *in forma pauperis*, Dkt. 2, is **GRANTED**. The Clerk of the Court shall file Joy's complaint without prepayment of fees or costs or giving security therefor pursuant to 28 U.S.C. § 1915(a). This indigent status is granted subject to a later determination the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Joy is further advised, although he has been granted leave to proceed *in forma pauperis*, a court may, in its

1

discretion, impose costs of court at the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

The Court **FURTHER ORDERS** the Clerk of the Court to issue summons and the United States Marshal to commence service of process, including service of Caldwell's complaint upon the named defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

Because Joy has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review his Complaint under §1915(e)(2). After reviewing Joy's Complaint, the Court has determined that this case should not be dismissed as frivolous at this time. However, the Court cautions Joy that the Court may make a determination in the future that the action should be dismissed because the allegation of poverty is untrue or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Joy is further advised that, although he has been granted leave to proceed *in forma pauperis*, the Court may, in its discretion, impose costs of court against him at the conclusion of this lawsuit, as in other cases. *See Moore*, 30 F.3d at 621.

The Court **FINALLY ORDERS** Joy's request for permission to file electronically in this matter, Dkt. 3, is **GRANTED**. Joy is instructed to review the Court's Administrative Policies and Procedures for Electronic Filing, and is reminded that under Section 6(h) of those Policies and Procedures, "if it is determined by the Court that the Filing User is abusing the privilege to electronically file documents or

is consistently error prone in electronic filing, the Filing User's registration may be rescinded."

SIGNED November 24, 2025.

                                              DUSTIN M. HOWELL
                                              UNITED STATES MAGISTRATE JUDGE